SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07-0421 MAG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 19, 2007 TO JANUARY 14, 2008 |
| LECK CHOUNLABOUT, and CHUNN PHONGSAVATH, and SARNON SAEPHAN, | |
| Defendant. | |

    The parties appeared before the Honorable Nandor J. Vadas on November 19, 2007. With the agreement of counsel for all parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 19, 2007, to January 14, 2008, in light of the need for continuity of counsel and effective preparation of counsel. Failure to grant the requested continuance would unreasonably the defendants the presence of counsel and continuity of counsel and would deny government counsel time for effective preparation, taking into account the need to investigate

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG**

and file a superseding information in the above-reference matter..

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 19, 2007, to January 14, 2008, outweigh the best interest of the public and the defendants in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 19, 2007, to January 14, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 12/03/07                                         /s/
                                                RANDALL DAVIS
                                                Counsel for Leck Chounlabout

DATED: 12/03/07                                         /s/
                                                FRAN GREENLEAF
                                                Counsel for Sarnon Saephan

DATED: 12/03/07                                         /s/
                                                LAWRENCE M. KILLORAN
                                                Counsel for Chunn Phongsavath

DATED: 12/03/07                                         /s/
                                                WENDY THOMAS
                                                Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 12/18/07

THE HON. NANDOR J. VADAS
United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 07-0421 MAG**                2